[No. 29541-5-II.  Division Two.  January 21, 2004.]

GRANGE INSURANCE ASSOCIATION, *Respondent*, v. RUBY A. EVANS, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Thurston County, No. 02-2-00157-0, Paula Casey, J., entered November 1, 2002. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Morgan and Quinn-Brintnall, JJ.

[No. 30061-3-II.  Division Two.  January 21, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. BILLY JOSEPH DONLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 95-1-00087-5, Randolph Furman, J. Pro Tem., entered February 6, 2003. *Reversed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, A.C.J., and Bridgewater, J.

[No. 30258-6-II.  Division Two.  January 21, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY D. BAILEY, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 03-1-00030-2, James B. Sawyer II, J., entered April 3, 2003. *Reversed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, A.C.J., and Bridgewater, J.

[No. 21204-1-III.  Division Three.  January 22, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. PABLO ENRIQUE ROSALES, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 01-1-50277-7, Vic L. VanderSchoor, J., entered May 31, 2002. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kato, A.C.J., and Kurtz, J.